**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 123 EAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| EDDIE MITCHELL, | |
| Petitioner | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.